MARIAN LOW, Individually and as Executrix of A. AUGUSTUS LOW, Deceased, Respondent, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Low* v. *N. Y. C. & H. R. R. R. Co.*, 163 App. Div. 926, affirmed.
(Argued May 4, 1916; decided May 23, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 12, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for damages to plaintiff's lands alleged to have been caused by fires negligently set by defendant on its right of way.

*W. L. Allen* for appellant.

*Frank L. Bell* and *Edgar T. Brackett* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.